■ The People of the State of New York ex rel. James Sailor, Also Known as Leroy Cooper, Appellant, v Brion D. Travis et al., Respondents. [785 NYS2d 350]—In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Westchester County (Smith J.), entered March 31, 2003, which denied the petition and dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

Contrary to the appellant's contention, he received a timely

final parole revocation hearing (*see* Executive Law § 259-i [3] [a] [iv]; [f] [i]; *see also People ex rel. Matthews v New York State Div. of Parole,* 95 NY2d 640 [2001]). Ritter, J.P., Smith, Rivera and Lifson, JJ., concur.